SCOTT KEITH WILSON, Federal Public Defender (#7347)
EMILY A. STIRBA, Assistant Federal Public Defender (#17112)
**OFFICE OF FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
emily_stirba@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA (Washington, DC)

| UNITED STATES OF AMERICA, Plaintiff, v. ODIN MEACHAM, Defendant. | **APPEARANCE OF COUNSEL** Case No. 1:23-mj-00098-GMH-1 |
|---|---|

EMILY A. STIRBA, Assistant Federal Public Defender, hereby enters an appearance of counsel for the defendant in the above case.

DATED this 30th day of May, 2023.

 */s/ Emily A. Stirba*
EMILY A. STIRBA
Assistant Federal Public Defender