UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 23-mj-00098 (GMH) |
| | : | |
| **ODIN MEACHAM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Madison Mumma is entering her appearance in this matter on behalf of the United States.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          DC Bar No. 481052

By:      /s/ *Madison Mumma*
            Madison Mumma
            Trial Attorney
            U.S. Department of Justice, Crim. Division
            Detailed to the D.C. U.S. Attorney's Office
            601 D St. N.W.
            Washington, DC 20530
            Madison.Mumma2@usdoj.gov
            (202) 431-8603
            NC Bar No. 56546

**CERTIFICATE OF SERVICE**

On this 31st day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Madison Mumma*