UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 23-mj-00098 (GMH) |
| v. | : | |
| | : | |
| ODIN MEACHAM, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021;
5. Memorandum Regarding Status of Discovery as of November 5, 2021; and
6. Memorandum Regarding Status of Discovery as of February 9, 2022.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Geoffrey A. Barrow
GEOFFREY A. BARROW
Director of Global Discovery
Capitol Siege
DC Bar No. 462662
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Geoffrey.Barrow@usdoj.gov
(503) 727-1000

By: /s/ Madison H. Mumma
Madison H. Mumma
Trial Attorney (Detailee)
N.C. Bar No. 56546
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 431-8603
Email:  Madison.Mumma2@usdoj.gov