UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-98 |
| v. | |
| **ODIN MEACHAM,** | |
| **Defendant.** | |

### ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue and Exclude Time under the Speedy Trial Act (Dkt. No. 15), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status and preliminary hearing scheduled for August 1, 2023, is continued for good cause to October 3, 2023, at 1:00 PM before the duty Magistrate Judge; and it is further

ORDERED that the period of time between August 1, 2023, and October 3, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed.  The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial because the parties are working in good faith towards a potential resolution and need additional time to review discovery.  *See* 18 U.S.C. § 3161(h)(1) & (h)(7).  The Court further finds that the continuance is necessary for the parties to review discovery and negotiate a potential pretrial disposition of the case.

SO ORDERED.

| | |
|---|---|
| Washington, D.C. | HONORABLE ROBIN M. MERIWEATHER |
| July 26, 2023 | United States Magistrate Judge |