SCOTT K. WILSON, Federal Public Defender (#13967)
EMILY A. STIRBA, Assistant Federal Public Defender (#17112)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: emily_stirba@fd.org

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ODIN MEACHAM, <br><br> Defendant. | **UNOPPOSED MOTION TO CONTINUE STATUS HEARING** <br><br> Case No. 1:23-cr-00287-JDB <br><br> Hon. John D. Bates |

Odin Meacham, through undersigned counsel, respectfully asks to continue his status hearing, currently set for October 24, 2023, for approximately 45 days. Counsel for the United States does not oppose the motion. Defense counsel further requests to toll time under the Speedy Act until the new hearing date.

1) On September 7, 2023, Mr. Meacham was arraigned on an eight-count indictment charging various offenses related to the events of January 6, 2021. The Court scheduled a status hearing in Mr. Meacham's case for October 25, 2023.[1]

2) The government has extended a plea offer to Mr. Meacham.

---

[1] On October 6, 2023, the Court rescheduled the status hearing for October 24, 2023.

3) Although Mr. Meacham and defense counsel have had productive conversations about his options in this case, Mr. Meacham has been coping with the sudden death of a close family member less than six weeks ago. He is negotiating an extremely difficult and painful time in his life. In order to be respectful of and sensitive to Mr. Meacham's loss, and to make sure he has enough time to fully consider his choices, the defense requests additional time to counsel him on his case.

4) The defense respectfully requests to toll time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7). Under these circumstances, the ends of justice served by granting the continuance outweigh the interests of the public and Mr. Meacham in a speedy trial; therefore, the time requested is excludable.

## CONCLUSION

For these reasons, Mr. Meacham asks to continue his current status hearing for approximately 45 days.

Dated this 13th day of October, 2023.

*/s/ EMILY STIRBA*
Emily Stirba
Assistant Federal Public Defender