## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ODIN MEACHAM,**<br><br>Defendant. | Criminal Action No. 23-287 (JDB) |

### **ORDER**

Upon consideration of the entire record herein, it is hereby **ORDERED** that the following schedule shall govern pre-trial proceedings:

1. Pre-trial motions shall be filed by not later than January 22, 2024.

2. Oppositions shall be filed by not later than February 5, 2024.

3. Replies shall be filed by not later than February 12, 2024.

4. Motions in limine shall be filed by not later than April 22, 2024.

5. Oppositions to motions in limine shall be filed by not later than May 2, 2024.

6. Replies to motions in limine shall be filed by not later than May 15, 2024.

7. Voir Dire Questions and Jury Instructions shall be filed by not later than May 20, 2024.

8. Pre-Trial Conference shall be held on May 22, 2024 at 10:00 a.m. in Courtroom 30A.

9. Jury Trial set for June 17, 2024 at 09:30 a.m. in Courtroom 30A.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 1, 2023