IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | 1:23-cr-00287-JDB |
| | : | |
| **ODIN MEACHAM** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Change Venue, it is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____        _____
                                                                        The Honorable John D. Bates
                                                                        United States District Court
                                                                        District of Columbia