# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **1:23-cr-00287-JDB** |
| | : | |
| **ODIN MEACHAM** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss Count One of the Indictment, it is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____     _____
                                                                                                The Honorable John D. Bates
                                                                                                United States District Court
                                                                                                District of Columbia