### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 1:23-cr-00287-JDB |
| | : | |
| **ODIN MEACHAM** | : | |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss Counts Five, Six, and Seven of the Indictment, it is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____      _____
The Honorable John D. Bates
United States District Court
District of Columbia