UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : No. 23-cr-287 (JDB) |
| ODIN MEACHAM, | : |
| Defendant | : |

## DEFENDANT'S WAIVER OF JURY TRIAL

Odin Meacham, by and through undersigned counsel, hereby files with the Court the attached waiver of trial by jury. Mr. Meacham desires to proceed by bench trial in the above-captioned matter.

Respectfully submitted,

_/s/ Emily Stirba_

Emily Stirba
Assistant Federal Public Defender
District of Utah
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: emily_stirba@fd.org

## DEFENDANT'S WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney for the District of Columbia, and with the approval of the Court, the undersigned defendant hereby waives the right to trial by jury and requests the Court to try all charges in this case without a jury. Defendant further informs the Court that he is fully aware of his right to trial by jury, and that after thorough consideration and consultation with counsel, he has elected to proceed with a bench trial.

DATE: May 6, '24

Defendant Odin Meacham

DATE: May 10, 2024

Emily Stirba
Attorney for Odin Meacham

The United States Attorney hereby consents that the case be tried without a jury.

DATE: 05/20/2024

Shalin Nohria
Assistant United States Attorney

DATE: 5/22/24

Honorable John D. Bates
United States District Judge