Dear Judge Bates,

Hello. My name is Margo Jenson. I reside in Talmage, Utah where my Husband and I own and operate a Cattle Ranch with the help of our five kids.

I will never forget the day I met my youngest brother Odin. I was a freshman in high school. I had just gotten off the school bus and was walking toward the house when the younger kids came running back out of the house yelling that my mom needed me and was in her room. I walked into her bedroom to see her sitting up in bed holding a beautiful baby boy. I was immediately put to work finding the things she needed to sterilize and safely tie and cut his umbilical cord. My mom had had a heartbreaking stillbirth two years prior, so I was relieved and overjoyed that he was a beautiful healthy baby.

From the time Odin was a little boy he has been a kind and loving person. He spent a lot of time outside playing and exploring by himself or with nieces and nephews. He has always loved nature and animals. There was rarely a time that he wasn't nursing an injured or sick animal back to health or bottle feeding an orphan. I think his favorites were the orphaned baby deer that quickly turned into family pets.

Odin has always worked hard on the ranch, spending many hours being an operator, mechanic, or anything else required of him to keep everything moving on the ranch. He has also worked hard at the other jobs he has held outside of the ranch, with most of his former bosses willing to rehire him at any time.

I have never seen him pass a stranded car on the side of the road without stopping to help. I have seen him fill plates with food and deliver them to widowed or lonely neighbors and friends. He has spent countless hours at the gym helping kids with wrestling, boxing and sparring. Odin has been a huge blessing in my life as I know he always has a listening ear and some uplifting advice, even when he is not doing well himself. He has been instrumental in helping me raise my kids. He has "grown up" with many of his nieces and nephews and they all love him dearly. He is never too busy to spend time with them doing whatever sport or interest they have at that moment. It is very common to see him sitting at the edge of a family gathering speaking one-on-one with them about their concerns, hopes and dreams. It has been very heartwarming to me as he didn't receive a lot of this kind of support growing up. My oldest daughter just graduated from Manchester University in Indiana in December and Odin was one of her biggest supporters and helped her have the strength and courage to finish school and cope with being so far from home. He has always shown unconditional love and support to every one of my kids.

Odin had a difficult and frustrating childhood. Our parents have always had a rocky marriage but at the time Odin was home they had a faltering marriage constantly teetering on the edge of divorce, but never actually ending the cycle of disfunction. He also had three teenage sisters who love him dearly, but were constantly fighting, bossing and henpecking his every move.

The last few years of my dad's life he convinced Odin that if he came home and worked on the ranch, he would have a chance to take it over and make a life for himself. Odin worked very hard taking care of the cattle, putting up hay and making improvements on the place, all the while living in a camper on the property. As my dad's health declined, he ended up involving another son farming as he had equipment and other means to contribute to the ranch. Odin watched as his dream was slowly slipping away but kept holding on because my dad was still making promises to him about becoming a partner. This went on for years until in September of 2020 when my dad had a heart attack and passed. It wasn't

long before my mom decided to lease the ranch to my older brother leaving Odin high and dry. It was heartbreaking to witness the hurt and anger that he was feeling. I don't know his exact thoughts, but because most of us kids had gone through similar experiences with my parents, I assume that he felt that he had been dealt an injustice. In my opinion that was a major factor if not the reason for him being involved in the January 6th incident. It was only a few short months after my father's death and I have witnessed and even experienced the strange psychological hold my dad has had on all his family members. I feel that Odin thought that it was an honorable thing for him to stand for something he believed in. That it might make a difference that he was being a part of righting what he saw as an injustice.

      Since his arrest I have seen a miraculous change in him. I have had many long conversations with him about letting go of childhood anger and trauma and seeking happiness and peace in life. I have seen him go from hiding in a camper in the trees back to his loving and hardworking self. He has gathered his strength and face this monumental life challenge with courage and quiet determination.

      He told my mom when he got arrested that he had made a bad choice and he needed to go straighten things out and not to worry. His biggest concern through this whole process has been to make sure that his trial has the least impact on his family as possible. It has been a very helpless feeling knowing that he won't accept any help and that he is determined to go through this terrifying situation alone. My heart aches when I consider the weight of the guilt he will carry knowing that he had a part in the charges against his best friend/nephew that impacted his decision to end his own life. A consequence that can never be resolved and will follow him to the grave.

      I have watched Odin transform from an angry, lost and confused kid into a decisive, mature man who is articulate and deliberate in his actions and words. I firmly believe that we are all imperfect human beings that make mistakes and should be given second chances. I know without a doubt that Odin has learned so much about himself and grown immensely through this trial. Though I have not been present for the proceedings I have witnessed the changes in his demeanor. Odin is not a criminal and will never turn into one. He is a good person who made a series of bad choices out of anger and pain, which he has since learned to work through and control. I only hope you understand how much I love my brother and how much joy and meaning he brings into my life and the lives of my family members. I appreciate the time you have taken to read this letter and take my thoughts and feelings into account. Thank you.

      Sincerely,

      Margo Jenson

Your Honor,

    My name is Rita Meacham. I am Odin's mother. My husband and I have farmed for over 40 years. Since his passing my children, Odin included have helped me run the farm.

    Odin is a good young man. He cares very deeply for his family and his country. He takes an active interest in the lives of his brothers and sisters, nephews and nieces.

    He knows every part of farming. From handling machinery, to doctoring animals, watering fields, to putting up hay and corn. He can fix things and pinpoint problems. He loves growing things and loves nature.

    I feel like he has learned much by this experience. He has an even deeper appreciation for the people and things he loves in his life. I feel wants to get this behind him and focus on the good things ahead. Thank you so much for the time you have granted us.

                                            Respectfully

                                            Rita Meacham